FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 05, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAILA RICE,<br><br>  Plaintiff,<br><br>  v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>  Defendant. | No. 2:21-CV-00359-SAB<br><br>**ORDER GRANTING DISMISSAL AND CLOSING FILE** |

  Before the Court is the Parties' Stipulated Motion to Dismiss with Prejudice. ECF No. 16. Plaintiff is represented by John Walker Wood. Defendant is represented by Bensy Benjamin and Russell Buhite.

  The Parties announced to the Court that they resolved all issues and controversies in the action. *Id*. at 1. Therefore, they jointly move to dismiss all claims and counterclaims with prejudice. The Court finds good cause to grant the motion for dismissal.

//

//

//

//

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 16, is **GRANTED**.

2. The above-captioned action is **DISMISSED with prejudice**.

3, No attorney's fees, expenses, or costs shall be awarded to either party. Each party shall pay their own attorney's fees, expenses, and costs.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 5th day of December 2022.

Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 2**